Submitted on record and briefs January 28, reversed and remanded
February 25, 1998

STATE OF OREGON,
*Respondent,*

*v.*

JOHN EDWARD HOOD,
*Appellant.*

(Q9501404T; CA A96827)

955 P2d 341

Susan F. Drake, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Douglas F. Zier, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Deits, Chief Judge, and Landau, Judge.

PER CURIAM

Reversed and remanded. *State v. Lopez,* 151 Or App 129, 946 P2d 710 (1997); *State v. Taxon,* 142 Or App 484, 920 P2d 567 (1996).